# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155380(55)(56)

KERRI HUNTER OTTO, Next Friend of
BAILEY ANN MARIE NOBLE, Minor,
        Plaintiff-Appellee,

v

INN AT WATERVALE, INC.,
        Defendant-Appellant.
_____/

SC: 155380
COA: 330214
Benzie CC: 14-009969-NO

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its brief is GRANTED. The brief submitted on November 20, 2017, is accepted for filing. On further order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her brief is GRANTED. The brief will be accepted as timely filed if submitted on or before January 6, 2018.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2017



Clerk